UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAYNE BULLARD,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>N.T. MCKINNEY, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-08800-MCS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action without prejudice.

Dated: February 28, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　　United States District Judge