JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAYNE BULLARD,<br><br>Petitioner,<br><br>v.<br><br>N.T. MCKINNEY, Warden,<br><br>Respondent. | Case No. 2:22-cv-08800-MCS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: February 28, 2023

HONORABLE MARK C. SCARSI
United States District Judge